## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Paul Simkus

                Plaintiff,

v.                                    Case No.: 1:13−cv−04388
                                                Honorable Thomas M. Durkin

United Airlines

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 16, 2015:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendant's Motion for Entry of a Protective Order [72] is taken under advisement. Plaintiff's response to Defendant's Motion [72] shall be filed by 2/9/15. The motion hearing noticed for 2/12/15 at 1:30 p.m. is stricken. The Court will either rule on Defendant's Motion [72] via CM/ECF or set it for hearing on another date. At the Court's instance, the Rule 16 Conference set for 2/12/15 at 1:30 p.m. is reset to 2:00 p.m. This is a change in time only. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.