UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Paul Simkus

              Plaintiff,

v.                                     Case No.: 1:13–cv–04388
                                       Honorable Thomas M. Durkin

United Airlines

              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 11, 2015:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendant United Airlines, Inc.'s Motion for Protective Order to Preclude Plaintiff and His Agents from Contacting United Managerial Employees [76] is taken under advisement subject to the briefing schedule entered on 1/16/15 [74]. The motion hearing noticed for 2/12/15 at 2:00 p.m. is stricken with no appearance required. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.